UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>ZOOM CIVIL MINUTE ORDER</u>

| **Case No.:** 24-cv-04184-JCS | **Case Name:** Paytn Edwards v. Saybrook University |
|---|---|
| **Magistrate Judge:** JOSEPH C. SPERO | **Date**: February 12, 2025 — **Time:** 9 M (3:02-3:11) |

**Attorney for Plaintiff:** David Ratner
**Attorney for Defendant:** Stacy Quan

**Deputy Clerk:** Karen Hom              <u>**Digital Recorder:**</u> **Not Reported**

<u>ZOOM WEBINAR PROCEEDINGS</u>

1. Further Case Mgmt Conference - Held

<u>ORDERED AFTER HEARING</u>

Within the next sixty (60) days *both sides* shall produce all documents and identify the key witnesses that need to be deposed and start taking those depositions.

Updated case management statement due 4/9/2025.

**CASE CONTINUED TO:**   04/16/2025 at 2:00 PM for a further case management conference by Zoom.  Zoom Webinar ID 161 926 0804 Password: 050855. Please see Judge Spero's website for additional Zoom information.