# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## AMENDED CIVIL MINUTES

| | | |
|---|---|---|
| **Date:**  April 16, 2025 | **Time:** 2:17-2:26 (9 minutes) | **Judge:** JOSEPH C. SPERO |
| **Case No.:** 24-cv-04184-JCS | **Case Name:** Paytn Edwards v. Saybrook University | |

**Attorney for Plaintiff:** David Ratner, Rebecca Wildman-Tobriner
**Attorney for Defendant:** Stacey Quan

**Deputy Clerk:** Brenda Lopez                    **Zoom Recording:** Not Reported


## ZOOM WEBINAR PROCEEDINGS

Further Case Management Conference – held.


## SUMMARY

Depositions are scheduled and have begun. The Court granted parties request for a referral to a magistrate judge for settlement. Parties will meet and confer regarding their magistrate judge preferences. Parties shall submit their preferences within a week. The Court granted the requested extensions of time listed in the case management statement.


REFERRALS:

(X)  Case referred to (random) Magistrate Judge for SETTLEMENT CONFERENCE within the next 120 days, or as soon thereafter as is convenient for the judge.

**PRETRIAL SCHEDULE:**

**Fact Discovery cutoff:  9/8/2025**

**Expert Rebuttal: 10/20/2025**

**Expert disclosure:  10/7/2025**

**Expert discovery cutoff: 11/3/2025**


**CASE CONTINUED TO:** July 16, 2025 for a Further Case Management Conference at 2:00 PM via Zoom.  Case management statement due by July 9, 2025. Zoom Webinar ID 161 926 0804 Password: 050855. Please see Judge Spero's website for additional Zoom information.