UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYTN EDWARDS,<br>　　　　　Plaintiff,<br>　　v.<br>SAYBROOK UNIVERSITY, et al.,<br>　　　　　Defendants. | Case No. 24-cv-04184-JCS<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

Following a further case management conference held on **April 16, 2025,** the court granted the scheduling changes requested by the parties in their joint case management conference statement, ECF 28.

IT IS HEREBY ORDERED THAT:

1. The non-expert discovery cut-off date of June 2, 2025 is extended to **September 8, 2025.**

2. The expert disclosure cut-off date of July 1, 2025 is continued to **October 7, 2025**.

3. The expert rebuttal disclosure cut-off date of July 14, 2025 is extended to **October 20, 2025.**

4. The expert discovery cut-off date of July 28, 2025 is extended to **November 3, 2025**.

5. This case is referred to a magistrate judge for a settlement conference. The parties shall meet and confer regarding their magistrate judge preferences and file a joint letter within one (1) week from April 16, 2025.

6. Case management conference statement due by **July 9, 2025**.

7. Further case management conference set for **July 16, 2025 at 2:00 PM** by Zoom videoconference.

IT IS SO ORDERED.

Dated: April 22, 2025

_____
JOSEPH C. SPERO
United States Magistrate Judge

2