1  DAVID S. RATNER (SBN 316267)
2  SHELLEY A. MOLINEAUX (SBN 277884)
   RATNER MOLINEAUX, LLP
3  1148 Alpine Rd., Suite 201
   Walnut Creek, CA 94596
4  Tel: (925) 239-0899
   david@ratnermolineaux.com
5  shelley@ratnermolineaux.com

6
   Attorneys for Plaintiff
7  PAYTN EDWARDS

8  William S. Kronenberg – SBN 133730
   Stacey C. Quan - SBN 280004
9  KRONENBERG LAW PC
   1 Kaiser Plaza, Suite 1675
10 Oakland, CA  94612-3699
   Tel:    510-254-6767
11 Fax:    510-788-4092
   wkronenberg@krolaw.com
12 squan@krolaw.com

13 Attorneys for Defendants
   SAYBROOK UNIVERSITY and JOEL
14 FEDERMAN

15

16                    UNITED STATES DISTRICT COURT
17                   NORTHERN DISTRICT OF CALIFORNIA
18

19 | PAYTN EDWARDS, individually, | Case No. 3:24-cv-04184-JCS |
20 | Plaintiff, | **JOINT LIST OF PREFERRED SETTLEMENT JUDGES** |
21 | vs. | |
22 | SAYBROOK UNIVERSITY, and JOEL FEDERMAN, an individual; and DOES 1 through 50, inclusive, | *Complaint Filed: June 3, 2024* |
23 | | |
24 | Defendants. | |
25

26
27
28

JOINT LIST OF PREFERRED SETTLEMENT JUDGES

Pursuant to the Court's instructions at the April 16, 2025 Case Management Conference, Plaintiff Paytn Edwards and Defendants Saybrook University and Joel Federman, through their counsel, have met and conferred and have agreed on the following list of preferred settlement judges, in alphabetical order:

- The Honorable Lisa J. Cisneros;
- The Honorable Thomas S. Hixson;
- The Honorable Alex G. Tse; and
- The Honorable Kandis A. Westmore.

DATED: April 21, 2025

Respectfully submitted,

RATNER MOLINEAUX, LLP

By: */s/ David S. Ratner*
David S. Ratner
Shelley A. Molineaux
Attorneys for Plaintiff PAYTN EDWARDS

DATED: April 21, 2025

Respectfully submitted,

KRONENBERG LAW, PC

By: */s/ Stacey C. Quan*
William S. Kronenberg
Stacey C. Quan
Attorneys for Defendant
SAYBROOK UNIVERSITY and JOEL FEDERMAN