UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYTN EDWARDS,<br><br>    Plaintiff,<br><br>    v.<br><br>SAYBROOK UNIVERSITY, et al.,<br><br>    Defendants. | Case No. 24-cv-04184-JCS<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |

Pursuant to Civil Local Rule 72-1, this matter is referred

    [ ]    for random assignment to a United States Magistrate Judge

    [**X**]    to United States Magistrate Judge Alex G. Tse

to conduct a settlement conference within 120 days, or as soon thereafter as is convenient to Magistrate Judge Tse.

The parties will be advised of the date, time and place of the next appearance by notice from Magistrate Judge Tse.

**IT IS SO ORDERED.**

Dated: April 23, 2025

_____
JOSEPH C. SPERO
United States Magistrate Judge

*Rev. 10-18*