1  DAVID S. RATNER (SBN 316267)
2  SHELLEY A. MOLINEAUX (SBN 277884)
   RATNER MOLINEAUX, LLP
3  1148 Alpine Rd., Suite 201
   Walnut Creek, CA 94596
4  Tel: (925) 239-0899
   david@ratnermolineaux.com
5  shelley@ratnermolineaux.com

6
   Attorneys for Plaintiff
7  PAYTN EDWARDS

8  William S. Kronenberg – SBN 133730
   Stacey C. Quan - SBN 280004
9  KRONENBERG LAW PC
   1 Kaiser Plaza, Suite 1675
10 Oakland, CA  94612-3699
   Tel:    510-254-6767
11 Fax:    510-788-4092
   wkronenberg@krolaw.com
12 squan@krolaw.com

13 Attorneys for Defendant
   SAYBROOK UNIVERSITY

14

15

16                     UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18
   | PAYTN EDWARDS, individually, | Case No. 3:24-cv-04184-JCS |
   |---|---|
   | Plaintiff, | **JOINT CASE MANAGEMENT STATEMENT** |
   | vs. | Date:   August 20, 2025<br>Time:   2:00 PM<br>Dept.:  via Zoom |
   | SAYBROOK UNIVERSITY, and JOEL FEDERMAN, an individual; and DOES 1 through 50, inclusive, | |
   | Defendants. | *Complaint Filed: June 3, 2024* |

1  Pursuant to the Clerks Notice Continuing Further Case Management Conference (Dkt. No. 40), Plaintiff Paytn Edwards ("Plaintiff") and Defendant Saybrook University ("Defendant") by and through their undersigned counsel, jointly submit this JOINT CASE MANAGEMENT STATEMENT.

A Settlement Conference took place on August 11, 2025, before Magistrate Judge Alex G. Tse and the Parties did not reach a settlement. After the conference, Judge Tse proposed a mediator's proposal, which was accepted by all parties on August 12, 2025.

On August 13, 2025, the Parties stipulated to the dismissal of Defendant Joel Federman, and the Court ordered Dr. Federman's dismissal that same day.

The Parties request a 60-day continuance of the case management conference to allow time for the Parties to reduce the settlement to a written agreement, submit an application to seal the records of this action, and fulfill the terms of the settlement required for dismissal of this action.

DATED: August 14, 2025            Respectfully submitted,

RATNER MOLINEAUX, LLP


By: */s/ David S. Ratner*
    David S. Ratner
    Shelley A. Molineaux
    Attorneys for Plaintiff PAYTN EDWARDS

DATED: August 14, 2025            Respectfully submitted,

KRONENBERG LAW, PC


By: */s/ Stacey C. Quan*
    William S. Kronenberg
    Stacey C. Quan
    Attorneys for Defendant
    SAYBROOK UNIVERSITY